# UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the            day of          , two thousand twenty-two.

United States of America
    Appellant-Cross-Appellee

v.

Jeremy Shor
    Defendant- Appellee-
    Cross-Appellant

**STIPULATION**
Docket Numbers: 22-158 (L),
22-188 (Con), 22-193 (Con)

Jeremy Shor
    Defendant- Appellant

v.

United States of America
    Appellee

Docket Numbers: 19-3936(L), 19-4122 (Con),

Whereas the parties have entered into a Plea Agreement pursuant to Federal Rule of Criminal Procedure 11(c)(1)(C) and wish to restore jurisdiction to the District Court to permit the defendant's guilty plea to be entered and sentence to be imposed; and

Whereas the parties wish to preserve their ability to pursue their respective appeals in the event that the guilty plea is not accepted or, pursuant to Federal Rule of Criminal Procedure 11(c)(5)(B), is withdrawn;

Whereas, the government has filed a notice of appeal, which has been numbered 22-

158, from the District Court's order granting a new trial, which had the effect of vacating the judgments of conviction in this case;

Whereas, if the appeal from the order granting a new trial is successful, the defendants' appeals of the judgment of conviction, which are numbered 19-3936 and 19-4122, should be considered by the Court;

The undersigned counsel for the parties stipulate that the above-captioned cases are withdrawn pursuant to Local Rule 42.1. Either party may reinstate the cases by filing written notice with the Clerk, and serving such notice upon the opposing party by May 1, 2022. The time, if any, tolled under LR 31.2 begins to run again from the date of any reinstatement notice to the Clerk.

The mandate shall issue forthwith.

Date: 4-12-22

*A.M. Griswold*
Andrea M. Griswold
Assistant United States Attorney
Attorney for United States of America

Date: April 12, 2022

*Justin S. Weddle*
Justin Weddle, Esq.
Weddle Law PLLC
Attorney for Jeremy Shor